# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2014

148893

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

BONITA L. HILL, Individually and as Personal Representative for the Estate of NORMAN C. HILL,

        Plaintiff/Counter-Defendant-
        Appellant,

v

        SC: 148893
        COA: 312018
        Saginaw CC: 09-005306-CZ

RANDALL HILL and NORMAN C. HILL IRREVOCABLE TRUST,

        Defendants/Counter-Defendants-
        Appellees,

and

RICHARD HILL,

        Defendant/Counter-Plaintiff-
        Appellee.

_____/

      On order of the Court, the application for leave to appeal the December 12, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2014



Clerk

t0721